RECEIVED
JUL 1 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| THADDEUS RAY PARKS,<br>        Appellant | CIVIL ACTION NO. 11-1788 |
| VERSUS | JUDGE James T. TRimble, Jr. |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>        Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Parks' appeal is GRANTED, the final decision of the Commissioner is VACATED, and the case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11th day of July, 2012.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE